IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-00424-FL

| | |
|---|---|
| ISAAC ABRAHAM ALDRIDGE, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| NANCY A. BERRYHILL, Acting Commissioner for Social Security, | ) |
| Defendant. | ) |

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and upon consideration of Defendant's unopposed request to remand this cause for further administrative action, the Court hereby reverses Defendant's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to Defendant for further administrative action. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Upon remand, Defendant will reconsider the opinions of Drs. Friedman and Nguyen in determining whether Plaintiff was disabled based on all limitations, including limitations due to drug addiction or alcoholism.

SO ORDERED this __3rd__ day of May, 2018.

LOUISE W. FLANAGAN
United States District Judge