UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ISAAC A. ALDRIDGE )<br>  Plaintiff, )<br> )<br>v. )<br> )<br> )<br> )<br>NANCY A. BERRYHILL, )<br>Commissioner of Social Security, )<br>  Defendant. ) | **JUDGMENT**<br><br>No. 5:17-CV-424-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 7, 2018, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $6,750.00, plus costs of $400.00.

**This Judgment Filed and Entered on June 7, 2018, and Copies To:**

Pamela Marie Henry-Mays (via CM/ECF Notice of Electronic Filing
Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)


June 7, 2018                    PETER A. MOORE, JR., CLERK
                                  /s/ Sandra K. Collins
                                (By) Sandra K. Collins, Deputy Clerk